USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/8/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
YOVANNY DOMINGUEZ, *individually and on behalf of others similarly situated*,

                     Plaintiff,

            -against-

POGGENPOHL U.S., INC.,

                     Defendant.
---------------------------------------------------------------X

18-cv-10114 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

    WHEREAS on February 4, 2019 (Dkt. 12), the parties notified the Court that they reached a settlement in principle; and

    WHEREAS on February 5, 2019 (Dkt. 13), the Court ordered that this action would be dismissed unless one or more parties filed a letter by March 6, 2019 requesting that the action not be dismissed; and

    WHEREAS no party has filed a letter requesting that this action not be dismissed;

    IT IS HEREBY ORDERED THAT this case is DISMISSED. The Clerk is respectfully directed to terminate all open motions and to close the case.

**SO ORDERED.**

Date: March 8, 2019
      New York, New York

                                           **VALERIE CAPRONI**
                                           **United States District Judge**