```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  3/15/2019
```

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

YOVANNY DOMINGUEZ, on behalf of himself and all others similarly situated,

    Plaintiff,

vs.

POGGENPOHL U.S., INC.,

    Defendant.

Case No. **1:18-cv-10114-VEC**

**ORDER RE DISMISSAL OF ACTION WITH PREJUDICE**

## ORDER

Good cause appearing, it is hereby **ORDERED** that the dismissal of this action Ordered on March 8, 2019, by this Court in Docket No. 14 is a dismissal of the action with prejudice, as jointly requested by the parties following settlement of the matter. The Clerk will terminate all open motions and close the case.

**IT IS SO ORDERED**.

Dated: 3/15/2019                    By: _/s/ Valerie Caproni_

    **HON. VALERIE CAPRONI**
    **UNITED STATES DISTRICT JUDGE**

---

1
**1:18-cv-10114-VEC**
**[PROPOSED] ORDER RE DISMISSAL OF ACTION WITH PREJUDICE**